UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. JOHNSON, | No. 2:22-cv-1412 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| ST. ANDRE, | |
| Respondent. | |

By order filed January 9, 2023, the petition was screened and found to not state any cognizable claims for relief. ECF No. 7. Petitioner was given thirty days to file an amended petition. Id. Thirty days have now passed, and petitioner has not filed an amended petition or otherwise responded to the court's order. Petitioner will be given one final opportunity to file an amended petition and is cautioned that failure to do so will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file an amended petition within twenty-one days of the service of this order. Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: February 27, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE