UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> ST. ANDLE, <br><br> Respondent. | No. 2:22-cv-1412-TLN-AC <br><br><br> **ORDER** |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 12. Petitioner did not objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2023 (ECF No. 12) are ADOPTED IN FULL;
2. Petitioner's motion for leave to amend (ECF No. 11) is DENIED;
3. The first amended petition for writ of habeas corpus (ECF No. 9) is DISMISSED without leave to amend;
4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
5. The Clerk of the Court is directed to close this case.

Date:  September 6, 2023

Troy L. Nunley
United States District Judge